[No. 22962-5-II.    Division Two.    October 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE
PERES-OCHOA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 97-1-00312-4, F. Mark McCauley, J.,
entered February 9, 1998. *Affirmed* by unpublished opinion
per Armstrong, A.C.J., concurred in by Seinfeld and Hunt,
JJ.

[No. 23114-0-II.    Division Two.    October 29, 1999.]

WADE M. BERRY, *Appellant*, v. ABSHER CONSTRUCTION CO.,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-2-06895-4, Grant L. Anderson, J., entered
February 20, 1998. *Reversed* by unpublished opinion per
Bridgewater, C.J., concurred in by Morgan and Houghton,
JJ.

[No. 23324-0-II.    Division Two.    October 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN E.
HETRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 98-1-00108-7, Terry K. McCluskey, J., entered
May 22, 1998. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 23340-1-II.    Division Two.    October 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN L.
ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-8-00362-5, Daniel J. Berschauer, J.,
entered May 21, 1998. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Seinfeld and Houghton, JJ.